# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

MYRA D. TAURONE                                                    PLAINTIFF


v.                              NO. 1:16-cv-00037 PSH


CAROLYN W. COLVIN, Acting Commissioner                          DEFENDANT
of the Social Security Administration


<u>ORDER</u>


Plaintiff Myra D. Taurone ("Taurone") has filed the pending motion to dismiss

pursuant to Federal Rule of Civil Procedure 41(a)(2). <u>See</u> Document 11. In the motion,

she represents the following:

> After a thorough review of the administrative record, the Plaintiff now concedes that substantial evidence supports the ALJ's decision denying benefits.
>
> The options moving forward have been discussed with the claimant. Therefore, rather than consume any more of the Court's time, the Plaintiff simply moves to dismiss the case.

<u>See</u> Document 11 at CM/ECF 1. The attorney for the Acting Commissioner of the Social

Security Administration does not oppose the granting of Taurone's motion. For good

cause shown, the motion is granted. This case is dismissed pursuant to Rule 41(a)(2).

IT IS SO ORDERED this 22nd day of September, 2016.

_____

UNITED STATES MAGISTRATE JUDGE